| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>CHRISTOPHER OWEN BALLEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00077-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER**<br>**TO CONTINUE STATUS CONFERENCE** |
| vs. | ) | Date: August 20, 2019 |
| CHRISTOPHER OWEN BALLEZ, | ) | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through James Conolly, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Christopher Owen Ballez, **that the Status Conference scheduled for August 20, 2019 may be vacated and continued to October 1, 2019 at 9:15 a.m.**

This continuance is requested to allow defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 1, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] to Continue Status Conference -1-

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Date: August 19, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/James Conolly*<br>JAMES CONOLLY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 19, 2019 | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER OWEN BALLEZ |

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 1, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the August 20, 2019 Status Conference shall be continued until October 1, 2019, at 9:15 a.m. .**

**IT IS SO ORDERED.**

Dated: August 19, 2019            /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                United States District Court Judge