1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   JEROME PRICE, SBN # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    CHRISTOPHER OWEN BALLEZ
7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )  Case No. 2:19-CR-00077-JAM
11                                    )
                  Plaintiff,          )  **STIPULATION AND ORDER**
12                                    )  **TO CONTINUE STATUS CONFERENCE**
    vs.                               )  **AND EXCLUDE TIME**
13                                    )
    CHRISTOPHER OWEN BALLEZ,          )  Date:  December 15, 2020
14                                    )  Time:  9:30 a.m.
                  Defendant.          )  Judge: Hon. John A. Mendez
15                                    )
                                      )
16

17        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18  Attorney, through James Conolly, Attorney for Plaintiff and Heather Williams, Federal

19  Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Christopher

20  Owen Ballez, **that the Status Conference scheduled for December 15, 2020 may be vacated**

21  **and continued to January 26, 2021.**

22        The government has made a plea offer.  The parties have been engaged in plea

23  negotiation which has led to a revised offer.  This continuance would permit defense counsel the

24  time needed to review the edits made to the plea offer in detail with Mr. Ballez, discuss its

25  requirements, and finalize the plea.  The COVID-19 pandemic, which has prevented defense

26  counsel from meeting with his client in person, has made it more difficult to be able to discuss

27  the plea with Mr. Ballez.  In addition, if Mr. Ballez does not accept the plea, defense counsel

28  would need the additional time to investigate defenses, conduct research, prepare filings, and

1  generally prepare for trial.

2      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

3  excluded from this order's date through and including January 26, 2021,  pursuant to 18 U.S.C.

4  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

5  based upon continuity of counsel and defense preparation.

6
                                                    Respectfully submitted,
7

8                                                   HEATHER E. WILLIAMS
                                                    Federal Defender
9
    Date: December 11, 2020                         /s/  Jerome Price                _
10                                                  JEROME PRICE
                                                    Assistant Federal Defender
11                                                  Attorney for Defendant
                                                    CHRISTOPHER OWEN BALLEZ
12

13

14  Date: December 11, 2020                         McGREGOR W. SCOTT
                                                    United States Attorney
15
                                                    /s/James Conolly          _
16                                                  JAMES CONOLLY
                                                    Assistant U.S. Attorney
17                                                  Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including

9   January 26, 2021, shall be excluded from computation of time within which the trial of this case

10   must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12   **is further ordered the December 15, 2020 Status Conference shall be continued until**

13   **January 26, 2021, at 9:30 a.m.  .**

14

15   **IT IS SO ORDERED.**

16

17   DATED:  December 11, 2020                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
18                                                 UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28