HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER OWEN BALLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-00077-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **TO CONTINUE STATUS CONFERENCE** |
|  | ) **AND EXCLUDE TIME** |
| CHRISTOPHER OWEN BALLEZ, | ) Date:  January 26, 2021 |
|  | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through James Conolly, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Christopher Owen Ballez, **that the Status Conference scheduled for January 26, 2021 may be vacated and continued to March 9, 2021.**

The government has made a plea offer.  The parties have been engaged in plea negotiations which has led to a revised offer.  This continuance would permit defense counsel the time needed to review the edits made to the plea offer in detail with Mr. Ballez, discuss its requirements, and finalize the plea.  The COVID-19 pandemic, which has prevented defense counsel from meeting with his client in person, has made it more difficult to be able to discuss the plea with Mr. Ballez.  In addition, if Mr. Ballez does not accept the plea, defense counsel would need the additional time to investigate defenses, conduct research, prepare filings, and

generally prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 9, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2021         */s/ Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorney for Defendant
                               CHRISTOPHER OWEN BALLEZ


Date: January 22, 2021         McGREGOR W. SCOTT
                               United States Attorney

                               */s/James Conolly*
                               JAMES CONOLLY
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 9, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the January 26, 2021 Status Conference shall be continued until March 9, 2021, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED:  January 22, 2021                         /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE