1   PHILLIP A. TALBERT
    Acting United States Attorney
2   JAMES R. CONOLLY
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-77-JAM

12                     Plaintiff,          STIPULATION REQUESTING NEW TRIAL DATE
                                           AND EXCLUDABLE TIME PERIODS UNDER
13            v.                           SPEEDY TRIAL ACT; ORDER

14  CHRISTOPHER OWEN BALLEZ,               DATE: February 7, 2022
                                           TIME: 9:00 a.m.
15                     Defendant.          COURT: Hon. John A. Mendez

16

17          This case is set for a jury trial on February 7, 2022, with a trial confirmation hearing on

18  January 11, 2022.  As a result of recent developments in another case involving the defendant, the

19  parties now jointly request that the Court vacate the existing trial date and set the matter for a status

20  conference on the Court's February 8, 2022 criminal calendar.

21          In anticipation of trial, the Court had already excluded time through February 7, 2022, under

22  Local Code T4.   For the reasons set forth below, the parties now request that the Court extend this

23  exclusion by one day, to February 8, under Local Code T4, as well as under the Court's General Orders

24  regarding time exclusions for public health and safety concerns during the COVID-19 pandemic, to the

25  extent they remain applicable.

26          The Speedy Trial clock was also paused under Local Code E while the United States' motion *in*

27  *limine* is pending before the Court.  ECF No. 32.

28  / / /

    STIPULATION REGARDING EXCLUDABLE TIME          1
    PERIODS UNDER SPEEDY TRIAL ACT

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Christopher Ballez, by and through his counsel of record, hereby stipulate as follows:

1.      By this stipulation, the parties jointly request to vacate the February 7, 2022 trial date and January 11, 2022 trial confirmation hearing, and to set the matter for a status conference on February 8, 2022 at 9:30 AM.  Defendant moves the Court to extend the existing exclusion of time to February 8, 2022, inclusive, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

2.      The parties agree and stipulate, and request that the Court find the following:

a)      Since trial was set in this matter, Mr. Ballez has become the subject of an investigation within Sacramento County Jail, in which he is incarcerated.  While the facts in that investigation do not appear connected this federal case, to the extent that facts from this case may spill over into, and therefore influence, the jail investigation and any potential criminal litigation that may follow, the defense requires further time to investigate the instant case in order to determine the most prudent strategy.

b)      In addition, since the trial date was set, the government produced a significant amount of discovery in this matter, including additional investigative reports, dozens of photographs, video footage of police interviews with witnesses and co-defendants in a parallel state robbery case, audio recordings, and forensic reports.  This is in addition to the discovery the government produced at the time it charged this case, which included photographs and investigative reports.  In addition, there is related physical evidence in the form of narcotics, a firearm, and robbery tools in law enforcement custody.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c)      Counsel for defendant requires additional time to review and inspect the discovery, consult with his client, including reviewing the charges, as well as the facts in the recent investigation within Sacramento County Jail, and the existing discovery with his client, and otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

1    account the exercise of due diligence.

2         e)      The government does not object to the continuance.

3         f)      In addition to the public health concerns cited by the General Orders and

4    presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in

5    this case because the locus of many of the events in question is Butte County, and travel even

6    between counties for the purpose of investigation has been restricted by COVID-19.  Although

7    conditions are improving, the ability of counsel to meet with his client has been difficult during

8    various state and regional lockdowns as well.

9         g)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12        h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period between the date of the Court's order

14   granting this request and February 7, 2022, inclusive, is deemed excludable pursuant to 18

15   U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by

16   the Court at defendant's request on the basis of the Court's finding that the ends of justice served

17   by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

18

19

20

21                    *[Stipulation and Proposed Order Continues on following page.]*

22

23

24

25

26

27

28

1    3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  December 17, 2021                    PHILLIP A. TALBERT
                                               Acting United States Attorney

7

8                                              /s/ JAMES R. CONOLLY
                                               JAMES R. CONOLLY
9                                              Assistant United States Attorney

10

11  Dated:  December 17, 2021                   /s/ JEROME PRICE
                                               JEROME PRICE
12                                             Chief Assistant Federal Defender
                                               Counsel for Defendant
13                                             CHRISTOPHER OWEN BALLEZ

14

15                          **ORDER**

16    IT IS SO ORDERED this 17th day of December, 2021.

17

18                                             /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
19                                             UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28