HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER OWEN BALLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER OWEN BALLEZ, <br><br> Defendant. | Case No. 2:19-CR-00077-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date:  May 10, 2022 <br> Time:  9:30 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Christopher Owen Ballez, **that the Status Conference scheduled for May 10, 2022 may be vacated and continued to June 14, 2022.**

This continuance is requested due to defense counsel's unavailability. Defense counsel will be unavailable due to out-of-state travel for a work-related conference.

The parties are still engaged in plea negotiations given that Mr. Ballez has been charged with a state offense for conduct while he was in pretrial detention at the Sacramento Count Main Jail. The parties are exploring whether a global resolution can be reached.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 14, 2022, pursuant to 18 U.S.C.

1 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2022

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER OWEN BALLEZ

Date: May 6, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 14, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the May 10, 2022 Status Conference shall be continued until June 14, 2022, at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated:  May 6, 2022                    /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE