| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710<br>Jerome_Price@fd.org |
| 6 | |
| 7 | Attorneys for Defendant<br>CHRISTOPHER OWEN BALLEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00077-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| CHRISTOPHER OWEN BALLEZ, | ) | Date:  October 18, 2022<br>Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorney for Plaintiff and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Jerome Price, Attorney for Defendant Christopher Owen Ballez, **that the Status Conference scheduled for October 18, 2022 may be vacated and continued to November 8, 2022, at 9:00 am.**

Defense counsel requests additional time for further investigation and discussions with his client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 8, 2022, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2022

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER OWEN BALLEZ

Date: October 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/James Conolly
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 8, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the October 18, 2022 Status Conference shall be continued until November 8, 2022, at 9:00 am.**

**IT IS SO ORDERED.**

Date: October 14, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE