HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Jerome_Price@fd.org

Attorneys for Defendant
CHRISTOPHER OWEN BALLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00077-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| CHRISTOPHER OWEN BALLEZ, | ) ) | Date: November 8, 2022<br>Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorney for Plaintiff and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Jerome Price, Attorney for Defendant Christopher Owen Ballez, **that the Status Conference scheduled for November 8, 2022 may be vacated and continued to December 6, 2022 at 9:00 am.**

This continuance is requested to allow Defense counsel additional time for further investigation and discussions with his client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 6, 2022, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: November 4, 2022                  */s/ Jerome Price*
                                      JEROME PRICE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      CHRISTOPHER OWEN BALLEZ

Date: November 4, 2022                  PHILLIP A. TALBERT
                                      United States Attorney

                                      */s/James Conolly*
                                      JAMES CONOLLY
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 8, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the November 8, 2022 Status Conference shall be continued until December 6, 2022, at 9:00 am.**

**IT IS SO ORDERED.**

Date:  November 4, 2022                          /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE